IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES PIERCE FARRIS, JR. | Case No. 5:20-cr-00173-JDW |

### ORDER

**AND NOW**, this 8th day of May, 2025, pursuant to 18 U.S.C. § 3006A(c) and (f), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Charles Pierce Farris, Jr. shall pay $139,440 to the Court for deposit in the Treasury for repayment to the Federal Community Defenders Office for the Eastern District of Pennsylvania. Mr. Farris shall make that payment by the date of his surrender to the custody of the U.S. Bureau of Prisons. To the extent that the Federal Community Defenders Office continues to represent Mr. Farris, it shall, within 14 days of the date of his surrender to the custody of the Bureau of Prisons, submit to me a total of hours spent after this date on that representation.

It is **FURTHER ORDERED** that, upon consideration of Defendant's Motion To Modify Surrender Date (ECF No. 71), and noting that the Government takes no position on the request, the Motion is **GRANTED IN PART**. Mr. Farris shall report to a facility that the Bureau of Prisons designates, or to the custody of the U.S. Marshal for the Eastern District of Pennsylvania, by 2:00 p.m. on July 11, 2025.

It is **FURTHER ORDERED** that Mr. Farris shall provide me with a report on his health on or before June 27, 2025, which includes any proposed course of treatment that his doctors suggest is necessary as of that date.

It is **FURTHER ORDERED** that Mr. Farris shall provide a copy of this Order to Dr. Janie Scobie, so that Dr. Scobie can take into account Mr. Farris's upcoming incarceration in formulating a plan of treatment for him.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.